# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 7578 | **DATE** | 12/19/2012 |
| **CASE TITLE** | Malibu Media, LLC vs. John Does 1-25 | | |

**DOCKET ENTRY TEXT**

Enter Order on Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | U.S. DISTRICT COURT CLERK 2012 DEC 19 PM 3:18 | Courtroom Deputy Initials: | SN |
|---|---|---|---|